861 A.2d 131

A.H. ROBINS COMPANY, INC., A DELAWARE CORPORATION, PLAINTIFF–APPELLANT, v. DIRECTOR, DIVISION OF TAXATION, DEFENDANT–RESPONDENT.

Argued November 8, 2004—Decided December 7, 2004.

*Michael A. Guariglia* argued the cause for appellant (*McCarter & English,* attorneys; *Mr. Guariglia and Charles M. Costenbader,* of counsel; *Mr. Guariglia, Mr. Costenbader and Open Weaver Banks,* on the briefs).

*Mala S. Narayanan,* Deputy Attorney General, argued the cause for respondent (*Peter C. Harvey,* Attorney General of New Jersey, attorney; *Patrick DeAlmeida,* Assistant Attorney General, of counsel; *Ms. Narayanan* and *Margaret A. Holland,* Deputy Attorney General, on the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Stern's opinion of the Appellate Division, reported at 365 *N.J.Super.* 472, 839 *A.*2d 914 (2004).

*For reversal and remandment*—Chief Justice PORITZ, Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE and RIVERA–SOTO—7.

*Opposed*—None.